**UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| ANSAH PHILIP, | : | CIVIL ACTION NO. 3:CV-17-1055 |
| | : | |
| Petitioner | : | (Judge Nealon) |
| | : | |
| v. | : | |
| | : | |
| Warden CRAIG LOWE, | : | |
| Respondent | : | |

## <u>ORDER</u>

**AND NOW, THIS 5th DAY OF APRIL, 2018**, upon consideration of the

above captioned petition for writ of habeas corpus, filed pursuant to 28 U.S.C. §2241,

by Ansah Philip, a former detainee of the Department of Homeland Security,

Immigration and Customs Enforcement ("ICE"), in which Petitioner seeks release

pending his removal from the United States, and it appearing that Philip was removed

from the United States to Ghana on March 12, 2018 (<u>see</u> doc. 9-1 at 1), and that Philip's

petition for writ of habeas corpus, (Doc. 1), has been rendered moot by virtue of his

removal, as there is no longer a live case or controversy[1], and the Petitioner has received

---

[1]Article III of the Constitution provides that the "judicial Power shall extend to.
. . Cases. . . [and] to Controversies." U.S. Const. art. III, §§2. "This grant of authority
embodies a fundamental limitation restricting the federal courts to the adjudication of
'actual, ongoing cases or controversies." <u>Khodara Envtl., Inc. v. Beckman</u>, 237 F.3d
186, 192-93 (3d Cir. 2001). The mootness doctrine is centrally concerned with the
court's ability to grant effective relief: 'If developments occur during the course of
adjudication that eliminate a plaintiff's personal stake in the outcome of a suit or
prevent a court from being able to grant the requested relief, the case must be
dismissed as moot.' <u>Blanciak v. Allegheny Ludlum Corp.</u>, 77 F.3d 690, 698-99 (3d
Cir. 1996).

the relief he requested, namely release, **IT IS HEREBY ORDERED THAT:**

1. The petition for writ of habeas corpus, (Doc. 1), is **DISMISSED AS MOOT**.

2. The Clerk of Court is directed to **CLOSE** this case.

                /s/ William J. Nealon
                **United States District Judge**